# STATE OF MICHIGAN

# COURT OF APPEALS

JEVON MAURICE WILLIAMS,

        Plaintiff/Counter-Defendant-
        Appellee,

v

KAY MARIE CANNON,

        Defendant/Counter-Plaintiff-
        Appellant.

UNPUBLISHED
October 24, 2017

No. 335922
Ingham Circuit Court
Family Division
LC No. 16-000380-DM

Before: MARKEY, P.J., and RONAYNE KRAUSE and BOONSTRA, JJ.

RONAYNE KRAUSE, J. *(concurring)*.

I write separately because I am disturbed by some of the trial court's conclusions; in particular, the trial court's apparent equivocation of plaintiff's road-rage vehicular assault with children in his car, and the needling and vandalism behaviors perpetrated by defendant. However, we have not been asked to review the trial court's determinations of the statutory best-interests factors, and I agree with the majority that the trial court did not simply adopt the conciliator's report. I am unaware of any legal prohibition against the trial court independently adopting an identical conclusion to the conciliator's report, nor in making reference thereto as a guide to making inquiries of the parties. The propriety of any of the trial court's specific findings aside, the record clearly shows that the trial court did make an independent decision, and defendant has not pursued any other basis for reversing the trial court's custody determination. I therefore concur with the majority.

/s/ Amy Ronayne Krause

-1-